1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12
13

| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.<br><br>Defendant. | Case No. 1:22-cv-00892-JLT-SKO<br><br>Hon. Jennifer L. Thurston<br>Magistrate Judge Sheila K. Oberto<br><br>**ORDER GRANTING THIRD STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT [L.R. 144]**<br><br>(Doc. 11) |

14
15
16

|  |  |
| --- | --- |
| Current response date: | November 8, 2022 |
| New response date: | November 22, 2022 |
| Complaint Served: | August 16, 2022 |

17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

The Court, having reviewed the parties' joint stipulation (Doc. 11) and finding good cause therefor, hereby ORDERS as follows:  Defendant Quest Diagnostics Incorporated will file its response to the Complaint in this action on or before November 22, 2022.

IT IS SO ORDERED.

Dated:  **November 4, 2022**                    /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION TO EXTEND
TIME TO RESPOND TO COMPLAINT
CASE NO. 1:22-CV-00892-JLT-SKO