

# United States District Court
## Eastern District of California

| Angela Cole and Beatrice Roche | | Case Number: | 1:22-cv-892 |

Plaintiff(s)

V.

Quest Diagnostics Incorporated

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matthew J. Fedor hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Quest Diagnostics Incorporated

On 12/17/2002 (date), I was admitted to practice and presently in good standing in the Supreme Court of New Jersey (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Whitaker v. Foot Locker Retail, Inc., No. 2:21-cv-433. Date of application 11/18/2021.
Application granted 12/13/2021.

Date: 11/10/2022                    Signature of Applicant: /s/ Matthew J. Fedor

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Matthew J. Fedor |
| Law Firm Name: | Faegre Drinker Biddle & Reath LLP |
| Address: | 600 Campus Drive |
| City: | Florham Park   State: NJ   Zip: 07932 |
| Phone Number w/Area Code: | 973-549-7329 |
| City and State of Residence: | Basking Ridge, New Jersey |
| Primary E-mail Address: | matthew.fedor@faegredrinker.com |
| Secondary E-mail Address: | matthew.fedor@faegredrinker.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Zoe K. Wilhelm |
| Law Firm Name: | Faegre Drinker Biddle & Reath LLP |
| Address: | 1800 Century Park East, Suite 1500 |
| City: | Los Angeles   State: CA   Zip: 90067 |
| Phone Number w/Area Code: | 310-203-4000   Bar #: 305932 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **Nov 15, 2022**

_____
JUDGE, U.S. DISTRICT COURT
Stanley A. Boone-United States Magistrate Judge