# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.<br><br>Defendant. | Case No. 1:22-cv-00892-JLT-SKO<br><br>Hon. Jennifer L. Thurston<br>Magistrate Judge Sheila K. Oberto<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S TIME TO REPLY IN SUPPORT OF MOTION TO TRANSFER**<br><br>(Doc. 22)<br><br>Current reply date:   January 10, 2023<br>New reply date:        January 27, 2023<br><br>Complaint Served:    August 16, 2022 |

## <u>ORDER</u>

The Court, having reviewed the parties' joint stipulation (Doc. 22) and finding good cause therefor,

ORDERS that the time within which Defendant may file a reply in support of the Motion to Transfer is hereby extended until and including January 27, 2023.

IT IS SO ORDERED.

Dated:   **January 9, 2023**             /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE