**FAEGRE DRINKER BIDDLE & REATH LLP**
Zoë K. Wilhelm (SBN 305932)
zoe.wilhelm@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  +1 310 203 4000
Facsimile:   +1 310 229 1285

Matthew J. Fedor *(admitted pro hac vice)*
matthew.fedor@faegredrinker.com
600 Campus Dr
Florham Park, NJ 07932
Telephone: 973-549-7000
Facsimile: 973-960-9831

**Attorneys for Defendant**
**Quest Diagnostics Incorporated**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>QUEST DIAGNOSTICS, INC.,<br><br>Defendant. | Case No. 1:22-cv-00892-JLT-SKO<br><br>Hon. Jennifer L. Thurston<br>Magistrate Judge Sheila K. Oberto<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(Doc. 29)**<br><br>Current response date: Jan. 20, 2023<br>New response date:    Feb. 21, 2023<br>Complaint Served:  Jan. 6, 2023 |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING JOINT STIPULATION TO EXTEND
TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 1:22-cv-00892-JLT-SKO

1  Before the Court is the Joint Stipulation to Extend Defendant's Time to
2  Respond to Plaintiff's First Amended Complaint ("Stipulation"). (Doc. 29.) Having
3  considered the Stipulation, all papers in support thereof and in opposition thereto, as
4  well as the pleadings, exhibits, records in this matter, and oral argument of the parties,
5  and for good cause shown, this Court finds that the Stipulation should be
6  **GRANTED**.

7  Accordingly, **IT IS HEREBY ORDERED** that Defendant's time to respond
8  to the First Amended Complaint is extended to February 21, 2023.

10  IT IS SO ORDERED.

11  Dated:   **January 18, 2023**            /s/ *Sheila K. Oberto*
12                                        UNITED STATES MAGISTRATE JUDGE

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

2

ORDER GRANTING JOINT STIPULATION TO EXTEND
TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 1:22-cv-00892-JLT-SKO