**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>      v.<br><br>QUEST DIAGNOSTICS, INC.,<br><br>                        Defendant. | Case No. 1:22-cv-00892-JLT-SKO<br><br>Hon. Jennifer L. Thurston<br>Magistrate Judge Sheila K. Oberto<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO THE MOTION TO DISMISS**<br><br>Current response date:      March 14, 2023<br>New response date:        April 11, 2023<br><br>Complaint Served:        August 16, 2022 |

///

///

///

///

///

///

///

///

///

///

1        Before the Court is the Joint Stipulation to Extend Plaintiffs' Time to Respond to the

2  Motion to Dismiss ("Stipulation").  Having considered the Stipulation, all papers in support thereof

3  and in opposition thereto, as well as the pleadings, exhibits, records in this matter, and oral

4  argument of the parties, and for good cause shown, this Court finds that the Stipulation should be

5  **GRANTED.**

6        Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' time to respond to the Motion to

7  Dismiss is extended until April 11, 2023, and Defendant's time to reply to any opposition to the

8  Motion to Dismiss is extended until May 2, 2023.

9  IT IS SO ORDERED.

10    Dated:  __**March 7, 2023**__

11                         UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28