## U.S. District Court
## Eastern District of California – Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:22–cv–00892–JLT–SKO

Cole et al v. Quest Diagnostics, Inc.  
Assigned to: District Judge Jennifer L. Thurston  
Referred to: Magistrate Judge Sheila K. Oberto  
Cause: 28:1332 Diversity–Fraud

Date Filed: 07/19/2022  
Date Terminated: 09/22/2023  
Jury Demand: Plaintiff  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Diversity

**Plaintiff**

**Angela Cole**  
*individually and on behalf of all others similary situated*

represented by **Alexander E. Wolf**  
Milberg Coleman Bryson Phillips Grossman PLLC  
401 West Broadway  
Suite 1760  
San Diego, CA 92101  
858–209–6941  
Fax: 865–522–0049  
Email: awolf@milberg.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**John J. Nelson**  
Milberg Coleman Bryson Phillips Grossman PLLC  
402 W. Broadway  
Suite 1760  
San Diego, CA 92101  
858–209–6941  
Fax: 865–522–0049  
Email: jnelson@milberg.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Lawrence Timothy Fisher**  
Bursor and Fisher, PA  
1990 N. California Blvd.  
Suite 940  
Walnut Creek, CA 94596  
925–300–4455  
Fax: 925–407–2700  
Email: ltfisher@bursor.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beatrice Roche**  
*individually and on behalf of all others similary situated*

represented by **Alexander E. Wolf**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**John J. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Timothy Fisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Quest Diagnostics, Inc.   represented by   **Matthew J. Fedor , PHV**
Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, NJ 07932
973–549–7329
Email: matthew.fedor@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zoe K. Wilhelm**
Faegre Drinker Biddle & Reath LLP
1800 Century Park East
Suite 1500
Los Angeles, CA 90067
310–203–4000
Fax: 310–229–1285
Email: zoe.wilhelm@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/19/2022 | Ï 1 | COMPLAINT against Quest Diagnostics, Inc. by Angela Cole, Beatrice Roche. Attorney Fisher, Lawrence Timothy added. (Filing fee $ 402, receipt number ACAEDC–10336860) (Attachments: # 1 Civil Cover Sheet)(Fisher, Lawrence) (Entered: 07/19/2022) |
| 07/20/2022 | Ï 2 | SUMMONS ISSUED as to *Quest Diagnostics, Inc.* with answer to complaint due within *21* days. Attorney *Lawrence Timothy Fisher* *1990 N. California Blvd.* *Suite 940* *Walnut Creek, CA 94596*. (Sant Agata, S) (Entered: 07/20/2022) |
| 07/20/2022 | Ï 3 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 11/3/2022 at 09:30 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. (Attachments: # 1 Standing Order, # 2 Consent Form, # 3 VDRP) (Sant Agata, S) (Entered: 07/20/2022) |
| 07/22/2022 | Ï 4 | NOTICE of APPEARANCE by John J. Nelson on behalf of Angela Cole, Beatrice Roche. Attorney Nelson, John J. added. (Nelson, John) (Entered: 07/22/2022) |
| 08/19/2022 | Ï 5 | SUMMONS RETURNED EXECUTED: Quest Diagnostics, Inc. served on 8/16/2022, answer due 9/6/2022. (Fisher, Lawrence) (Entered: 08/19/2022) |
| 08/29/2022 | Ï 6 | STIPULATION re 1 Complaint *Joint Stipulation to Extend Defendant's Time to Respond to Complaint* by Quest Diagnostics, Inc.. Attorney Wilhelm, Zoe K. added. (Wilhelm, Zoe) (Entered: |

| | | |
|---|---|---|
| | | 08/29/2022) |
| 08/29/2022 | Ï 7 | CORPORATE DISCLOSURE STATEMENT by Defendant Quest Diagnostics, Inc.. (Wilhelm, Zoe) (Entered: 08/29/2022) |
| 09/23/2022 | Ï 8 | STIPULATION and PROPOSED ORDER for Extension of Time to Respond to Complaint re 1 Complaint by Quest Diagnostics, Inc.. (Attachments: # 1 Proposed Order)(Wilhelm, Zoe) (Entered: 09/23/2022) |
| 09/27/2022 | Ï 9 | ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT [L.R. 144]. Order signed by Magistrate Judge Sheila K. Oberto on 9/27/2022. (Kusamura, W) (Entered: 09/27/2022) |
| 10/12/2022 | Ï 10 | MINUTE ORDER signed by Magistrate Judge Sheila K. Oberto on 10/12/2022: (Text Only Entry) Due to the status of the case, the Initial Scheduling Conference currently set for 11/3/2022, is **CONTINUED to 1/12/2023, at 9:45 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto,** The parties SHALL file their joint scheduling report 7 days prior to the conference. (Kusamura, W) (Entered: 10/12/2022) |
| 11/03/2022 | Ï 11 | STIPULATION and PROPOSED ORDER for Extension of Time to Respond to Complaint re 1 Complaint by Quest Diagnostics, Inc.. (Attachments: # 1 Proposed Order)(Wilhelm, Zoe) (Entered: 11/03/2022) |
| 11/07/2022 | Ï 12 | ORDER GRANTING THIRD STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT [L.R. 144]. Order signed by Magistrate Judge Sheila K. Oberto on 11/4/2022. (Kusamura, W) (Entered: 11/07/2022) |
| 11/10/2022 | Ï 13 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Quest Diagnostics, Inc. for attorney Matthew J. Fedor to appear Pro Hac Vice. (Filing fee $ 225, receipt number ACAEDC−10545050) (Wilhelm, Zoe) (Entered: 11/10/2022) |
| 11/15/2022 | Ï 14 | ORDER GRANTING 13 Application for Pro Hac Vice, signed by Magistrate Judge Stanley A. Boone on 11/15/2022. *Added Attorney Matthew J. Fedor, PHV for Quest Diagnostics, Inc.. The Pro Hac Vice attorney is directed to request electronic filing access through PACER.* (Maldonado, C) (Entered: 11/15/2022) |
| 11/22/2022 | Ï 15 | MOTION to CHANGE VENUE by Quest Diagnostics, Inc.. Motion Hearing set for 1/17/2023 at 09:00 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. (Attachments: # 1 Declaration of Michael Rigal, # 2 Declaration Keena M. Hausmann)(Wilhelm, Zoe) (Entered: 11/22/2022) |
| 11/22/2022 | Ï 16 | MOTION to DISMISS by Quest Diagnostics, Inc.. Motion Hearing set for 1/17/2023 at 09:00 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. (Attachments: # 1 Declaration of Michael Rigal, # 2 Declaration Keena M. Hausmann)(Wilhelm, Zoe) (Entered: 11/22/2022) |
| 11/22/2022 | Ï 17 | REQUEST for JUDICIAL NOTICE by Quest Diagnostics, Inc. in re 16 Motion to Dismiss,. (Wilhelm, Zoe) (Entered: 11/22/2022) |
| 12/01/2022 | Ï 18 | STIPULATION *to Extend Plaintiffs' Time to Amend Complaint and Respond to the Motion to Transfer* by Angela Cole, Beatrice Roche. (Fisher, Lawrence) (Entered: 12/01/2022) |
| 12/02/2022 | Ï 19 | MINUTE ORDER (Text Only Entry) Pursuant to Local Rule 302, the recently−filed motion to change venue 15 and motion to dismiss 16 will be heard and decided by the undersigned. As set forth in the undersigned's standing order, no hearing will be calendared, and the matter will be decided on the papers. As a result of the judicial resource emergency described in this Court's standing order re judicial emergency, more than 100 motions remain under submission in the caseload recently re−assigned to the undersigned. Although the Court has begun the process of working through this significant backlog, it is likely to be six or more months until the motion(s) in |

| | | |
|---|---|---|
| | | this matter is resolved. The Court reiterates that magistrate judge consent can alleviate the delay caused by the resource emergency. **The parties SHALL reconsider magistrate judge consent for all purposes or only for this pending motion.** In addition, the parties are reminded of their ongoing obligation to inform the Court of any changed circumstances that have rendered all or part of any pending motion moot. Finally, the parties are informed that the undersigned generally requires a formal settlement conference take place before any civil case proceeds to trial. Should the parties jointly wish to schedule a settlement conference, they are directed to contact Courtroom Deputy Irma Munoz at imunoz@caed.uscourts.gov signed by District Judge Jennifer L. Thurston on December 2, 2022. (Munoz, I) (Entered: 12/02/2022) |
| 12/05/2022 | 20 | MINUTE ORDER signed by Magistrate Judge Sheila K. Oberto on 12/5/2022: (Text Only Entry) Pursuant to the parties' stipulation (Doc. 18 ), and for good cause shown, the time within which Plaintiffs may respond to the Motion to Transfer is hereby extended until and including January 6, 2023. The time within which Plaintiffs may respond to the Motion to Dismiss, including by amending the Complaint which would eliminate the need for Plaintiffs to oppose the current Motion to Dismiss, is hereby extended until and including January 6, 2023. (Kusamura, W) (Entered: 12/05/2022) |
| 12/06/2022 | 21 | MINUTE ORDER signed by Magistrate Judge Sheila K. Oberto on 12/6/2022: (Text Only Entry) In light of the pending motion(s), the Initial Scheduling Conference currently set for 1/12/2023, is **CONTINUED to 6/1/2023, at 9:45 AM,** in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report 7 days prior to the conference. (Kusamura, W) (Entered: 12/06/2022) |
| 01/06/2023 | 22 | STIPULATION re 15 MOTION to CHANGE VENUE *First Joint Stipulation to Extend Defendant's Time to Reply in Support of Motion to Transfer* by Quest Diagnostics, Inc.. (Wilhelm, Zoe) (Entered: 01/06/2023) |
| 01/06/2023 | 23 | FIRST AMENDED COMPLAINT against Quest Diagnostics, Inc. by Angela Cole, Beatrice Roche.(Fisher, Lawrence) (Entered: 01/06/2023) |
| 01/06/2023 | 24 | OPPOSITION by Angela Cole, Beatrice Roche to 15 Motion to Change Venue,. (Fisher, Lawrence) (Entered: 01/06/2023) |
| 01/09/2023 | 25 | MINUTE ORDER signed by Magistrate Judge Sheila K. Oberto on 1/9/2023: (Text Only Entry) Before the Court is the parties' stipulation to extend the time for Defendant to file a reply in support of its motion to transfer venue. (Doc. 22 .) The Court notes that Defendant neither filed a proposed order with the stipulation nor emailed an electronic copy of the proposed order to the Court's chambers per Local Rule 137, as this is not the first extension of time requested. (*See* Docs. 18 & 20 .) Accordingly, the Court ORDERS Defendant to file a proposed order and send an electronic version in Microsoft Word format to SKOorders@caed.uscourts.gov by no later January 11, 2023. (Kusamura, W) (Entered: 01/09/2023) |
| 01/09/2023 | 26 | NOTICE OF LODGING DOCUMENT(S) ELECTRONICALLY by Quest Diagnostics, Inc.: Notice of Lodging of [Proposed] Order Granting Stipulation to Extend Defendant's Time to Reply in Support of Motion to Transfer (Doc. 22). (Wilhelm, Zoe) (Entered: 01/09/2023) |
| 01/09/2023 | 27 | MINUTE ORDER (TEXT ENTRY ONLY) On November 22, 2022, defendant filed a motion to dismiss the complaint 16 and a motion to change venue 15 . On December 1, 2022, the parties filed a stipulation to extend plaintiff's time to amend the complaint, stating that the amendment would eliminate the need for an opposition to the motion to dismiss. (Doc. 18 at 2.) The Court construes the parties' stipulation as an agreement to deny as moot the motion to dismiss upon the filing of the amended complaint. Plaintiff filed a first amended complaint on January 6, 2023 23 . Accordingly, the Court hereby DENIES as moot defendant's motion to dismiss 16 . Nothing in this order prevents defendant from filing a new motion to dismiss the first amended complaint signed by District Judge Jennifer L. Thurston on January 9, 2023. (Munoz, I) (Entered: 01/09/2023) |

| | | |
|---|---|---|
| 01/09/2023 | 28 | ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S TIME TO REPLY IN SUPPORT OF MOTIONTO TRANSFER. Order signed by Magistrate Judge Sheila K. Oberto on 1/9/2023. (Kusamura, W) (Entered: 01/09/2023) |
| 01/17/2023 | 29 | STIPULATION and PROPOSED ORDER for Extension of Time for Defendant to Respond to First Amended Complaint re 23 Amended Complaint by Quest Diagnostics, Inc.. (Attachments: # 1 Proposed Order Granting Stipulation)(Wilhelm, Zoe) (Entered: 01/17/2023) |
| 01/19/2023 | 30 | ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT. Order signed by Magistrate Judge Sheila K. Oberto on 1/18/2023. (Kusamura, W) (Entered: 01/19/2023) |
| 01/27/2023 | 31 | REPLY by Quest Diagnostics, Inc. re 15 Motion to Change Venue,. (Wilhelm, Zoe) (Entered: 01/27/2023) |
| 02/16/2023 | 32 | STIPULATION and PROPOSED ORDER for Extension of Time for Defendant to Respond to First Amended Complaint re 23 Amended Complaint by Quest Diagnostics, Inc.. (Attachments: # 1 Proposed Order)(Wilhelm, Zoe) (Entered: 02/16/2023) |
| 02/17/2023 | 33 | ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT 32 Order signed by Magistrate Judge Sheila K. Oberto on 2/17/2023. (Kusamura, W) (Entered: 02/17/2023) |
| 02/28/2023 | 34 | MOTION to DISMISS by Quest Diagnostics, Inc.. Motion Hearing set for 4/11/2023 at 09:00 AM in Courtroom 4 (JLT) before District Judge Jennifer L. Thurston. (Attachments: # 1 Declaration of Michael Rigal iso Motion to Dismiss, # 2 Declaration of Keena M. Hausmann iso Motion to Dismiss)(Wilhelm, Zoe) (Entered: 02/28/2023) |
| 02/28/2023 | 35 | REQUEST for JUDICIAL NOTICE by Quest Diagnostics, Inc. in re 34 Motion to Dismiss,. (Wilhelm, Zoe) (Entered: 02/28/2023) |
| 03/07/2023 | 36 | STIPULATION and PROPOSED ORDER for Extending Plaintiffs' Time to Respond to the Motion to Dismiss by Angela Cole, Beatrice Roche. (Attachments: # 1 Proposed Order)(Fisher, Lawrence) (Entered: 03/07/2023) |
| 03/08/2023 | 37 | ORDER GRANTING Joint Stipulation to Extend Plaintiffs' Time to Respond to the Motion to Dismiss, signed by District Judge Jennifer L. Thurston on 03/07/2023. *Reply due by 5/2/2023. Response due by 4/11/2023.* (Maldonado, C) (Entered: 03/08/2023) |
| 04/11/2023 | 38 | OPPOSITION by Angela Cole, Beatrice Roche to 34 Motion to Dismiss,. (Attachments: # 1 Exhibit A)(Fisher, Lawrence) (Entered: 04/11/2023) |
| 05/02/2023 | 39 | REPLY by Quest Diagnostics, Inc. re 34 Motion to Dismiss,. (Wilhelm, Zoe) (Entered: 05/02/2023) |
| 05/03/2023 | 40 | MINUTE ORDER signed by Magistrate Judge Sheila K. Oberto on 5/3/2023: (Text Only Entry) In light of the pending motion(s), the Initial Scheduling Conference currently set for 6/1/2023, is **CONTINUED to 10/5/2023, at 9:45AM,** before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report 7 days prior to the conference. (Kusamura, W) (Entered: 05/03/2023) |
| 06/15/2023 | 41 | NOTICE of APPEARANCE by Alexander E. Wolf on behalf of Angela Cole, Beatrice Roche. Attorney Wolf, Alexander E. added. (Wolf, Alexander) (Entered: 06/15/2023) |
| 09/12/2023 | 42 | STIPULATION and PROPOSED ORDER for to Continue Scheduling Conference re 40 Minute Order,, Set/Reset Deadlines and Hearings, by Quest Diagnostics, Inc.. (Attachments: # 1 Proposed Order)(Wilhelm, Zoe) (Entered: 09/12/2023) |

| | | |
|---|---|---|
| 09/13/2023 | 43 | MINUTE ORDER signed by Magistrate Judge Sheila K. Oberto on 9/13/2023: (Text Only Entry) Pursuant to the parties' stipulation (Doc. 42 ), and in light of the pending motions, the Scheduling Conference is CONTINUED to March 5, 2024, at 9:30 AM before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report by no later than seven (7) days before the Scheduling Conference. (Kusamura, W) (Entered: 09/13/2023) |
| 09/22/2023 | 44 | ORDER GRANTING Defendant's 15 Motion to Transfer Venue and TRANSFERRING Matter to the United States District Court for the District of New Jersey signed by District Judge Jennifer L. Thurston on 9/22/2023. *CASE TRANSFERRED to District of New Jersey.* (Sant Agata, S) (Entered: 09/22/2023) |