**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew J. Fedor
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Matthew.Fedor@faegredrinker.com

Zoë K. Wilhelm
1800 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 203-4000
(310) 229-1285 (fax)
Zoe.Wilhelm@faegredrinker.com

*Attorneys for Defendant*
*Quest Diagnostics Incorporated*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>QUEST DIAGNOSTICS, INC.,<br>Defendant. | Case No. 2:23-cv-20647-WJM-JSA<br><br>Civil Action<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>(Document Electronically Filed)<br><br>**<u>Motion Day</u>:** March 4, 2024 |

**PLEASE TAKE NOTICE** that Defendant Quest Diagnostics Incorporated, by and through its undersigned counsel, shall move before the Honorable William

J. Martini, U.S.D.J., on March 4, 2024, or as soon thereafter as the Court may direct, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order dismissing the claims set forth in Plaintiffs' First Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Quest will rely on the accompanying Brief and the Declarations of Keena M. Hausmann, Michael Rigal, and W. Joshua Lattimore submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Quest respectfully requests oral argument.

Dated: February 5, 2024

Respectfully Submitted,

/s/ Matthew J. Fedor

**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew J. Fedor
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Matthew.Fedor@faegredrinker.com

Zoë K. Wilhelm
1800 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 203-4000
(310) 229-1285 (fax)
Zoe.Wilhelm@faegredrinker.com

*Attorneys for Defendant Quest Diagnostics Incorporated*