**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.**

**QUEST DIAGNOSTICS, INC.,**

**Defendant.**

Civil Action No.: 2:23-cv-20647-WJM

**ORDER**

This matter comes before the Court upon Quest Diagnostics, Inc.'s, ("Quest" or "Defendant") Motion to Dismiss plaintiffs Angela Cola and Beatrice Roche's ("Plaintiffs") putative class action complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF Nos. 23, 51. For the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Count One is **DENIED**;
2. Defendant's Motion to Dismiss Count Two is **GRANTED**. Count Two is **DISMISSED WITHOUT PREJUDICE** and Plaintiffs shall have leave to amend.

**WILLIAM J. MARTINI, U.S.D.J.**

**Date:** ~~June~~ July 2, **2024**