**FAEGRE DRINKER BIDDLE & REATH LLP**
Matthew J. Fedor
Christian J. Clark
W. Joshua Lattimore
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000
(973) 360-9831 (fax)
Matthew.Fedor@faegredrinker.com
Christian.Clark@faegredrinker.com
Joshua.Lattimore@faegredrinker.com

*Attorneys for Defendant*
*Quest Diagnostics Incorporated*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.,<br><br>Defendant. | Case No. 2:23-cv-20647<br><br>Civil Action<br><br>(Document Filed Electronically)<br><br>**DEFENDANT'S NOTICE OF MOTION FOR RECONSIDERATION OR, ALTERNATIVELY, FOR CERTIFICATION OF INTERLOCUTORY APPEAL**<br><br>**Motion Day:** August 19, 2024<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 7.1(i),

Defendant Quest Diagnostics Incorporated, by and through its undersigned

counsel, shall move before the Honorable William J. Martini, U.S.D.J., on August

19, 2024, or as soon thereafter as the Court may direct, at the Martin Luther King

1

Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an order

(a) granting reconsideration of the part of this Court's July 2, 2024 Opinion and

Order (ECF Nos. 60 & 61) that denied Quest's motion to dismiss Plaintiffs' claims

under Section 631 of the California Invasion of Privacy Act ("CIPA"), which

Quest previously filed pursuant to Rule 12(b)(6), *see* ECF No. 51, and

(b) dismissing Plaintiffs' CIPA claims set forth in Count I of the First Amended

Complaint pursuant to Rule 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in the alternative, Quest

moves for an Order pursuant to 28 U.S.C. § 1292(b), certifying for immediate

interlocutory appeal the issue of whether Plaintiffs' CIPA claims are barred and

must be dismissed under the party exemption as set forth in *In re Google Inc.*

*Cookie Placement Consumer Privacy Litig.*, 806 F.3d 125 (3d Cir. 2015).

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion,

Quest will rely on the accompanying Brief submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is

submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Quest respectfully requests

oral argument.

**[*remainder of page intentionally left blank*]**

2

Dated: July 16, 2024      **FAEGRE DRINKER BIDDLE & REATH LLP**

By: _/s/ Matthew J. Fedor_
Matthew J. Fedor
Christian J. Clark
W. Joshua Lattimore

_Attorneys for Defendant_
_Quest Diagnostics Incorporated_