**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**QUEST DIAGNOSTICS, INC.,**<br><br>**Defendant.** | Civil Action No.:<br>2:23-cv-20647-WJM<br><br>**ORDER** |

This matter previously came before the Court upon Quest Diagnostics Incorporated's, ("Quest" or "Defendant") Motion to Dismiss plaintiffs Angela Cola and Beatrice Roche's ("Plaintiffs") putative class action complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF Nos. 23, 51. Following the Court's Opinion and Order on that Motion, ECF Nos. 60, 61, Defendant filed its Motion for Reconsideration, ECF No. 65. It is hereby **ORDERED** that:

1. The Court's Order, ECF No. 61, is **VACATED**;

2. For the reasons set forth in the Court's Opinion on Defendant's Motion for Reconsideration, ECF No. 76, Defendant's Motion to Dismiss Count One is **GRANTED**. Count One is **DISMISSED WITH PREJUDICE**;

3. For the reasons set forth in the Court's Opinion on Defendant's Motion to Dismiss, ECF No. 60, Defendant's Motion to Dismiss Count Two is **GRANTED**. Count Two is **DISMISSED WITHOUT PREJUDICE** and Plaintiffs shall have leave to amend.

**January** 14**, 2025**

**WILLIAM J. MARTINI, U.S.D.J.**