James E. Cecchi
Kevin G. Cooper
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.<br><br>Defendants. | Case No.: 2:23-cv-20647-WJM-JSA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Angela Cole and Beatrice Roche, individually and on behalf of all others similarly situated appeal to the United States Court of Appeals for the Third Circuit from the final judgment by the Court's Order entered in this action on January 14, 2025 (ECF No. 77). Plaintiffs' appeal incorporates the Court's opinion entered on the same day (ECF No. 76), as well as the Court's opinion entered on July 2, 2024 (ECF No. 60).

Dated: February 4, 2025

Respectfully submitted,

/s/ Kevin G. Cooper

James E. Cecchi
Kevin G. Cooper
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C**.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

Philip L. Fraietta
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
pfraietta@bursor.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by electronic mail on all counsel of record on February 4, 2025.

*/s/ Kevin G. Cooper*
Kevin G. Cooper
