**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANGELA COLE and BEATRICE ROCHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC.,<br><br>Defendant | No.2:23-cv-20647-WJM<br><br>ORDER |

This matter previously came before the Court upon Defendant's Motion to Dismiss Plaintiffs' putative class action complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF Nos. 23, 51. Following the Court's Opinion and Order on that Motion, ECF Nos. 60, 61, Defendant filed a Motion for Reconsideration, ECF No. 65. The Court granted Defendant's Motion for Reconsideration, ECF No. 76, and ordered that Count One of Plaintiffs' Complaint was dismissed with prejudice, that Count Two was dismissed without prejudice, and that Plaintiffs were granted leave to amend their complaint with respect to Count Two. ECF No. 77.

Plaintiffs filed a notice of appeal to the United States Court of Appeals for the Third Circuit on February 4, 2025. ECF No. 78. That Court instructed the parties to file written responses to the question of whether an order dismissing one count with prejudice and the other without prejudice constitutes a final judgment within the meaning of 28 U.S.C. § 1291. ECF No. 82 Ex. A. To avoid that issue, Plaintiffs withdrew their appeal and asked this Court to issue a new order dismissing both claims with prejudice to ensure that the order was appealable as to both claims. ECF No. 82 & Ex. B. On March 7, 2025, Plaintiffs confirmed that they intend to stand upon their original complaint and forego the opportunity to amend with respect to Count Two. ECF No. 84. *See also Frederico v. Home Depot*, 507 F.3d 188, 192 (3d Cir. 2007) ("[A] dismissal with leave to amend will be treated as a final order if the plaintiff has elected to 'stand upon the original complaint.'" (quoting *Shapiro v. UJB Financial Corp.*, 964 F.2d 272, 278 (3d Cir. 1992))).

Accordingly, it is hereby **ORDERED** that:

1. For the reasons set forth in the Court's Opinion on Defendant's Motion for Reconsideration, ECF No. 76, Count One is **DISMISSED WITH PREJUDICE**;

2. For the reasons set forth in the Court's Opinion on Defendant's Motion to Dismiss, ECF No. 60, and in light of Plaintiff's notice that it elects to stand on its original complaint in lieu of amendment, ECF No. 84, Count Two is also **DISMISSED WITH PREJUDICE.**

March 11, 2025

**WILLIAM J. MARTINI, U.S.D.J.**